

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00353-CV

| | | |
|---|---|---|
| DAVID A. SKEELS, Appellant | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-284262-16) |
| V. | § | May 29, 2025 |
| FRIEDMAN, SUDER & COOKE, P.C., Appellee | § | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant David A. Skeels shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
        Chief Justice Bonnie Sudderth